

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF



Sarah Leslie Knapp - #2~~00694~~     CV 09 80 230MISC VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that Sarah Leslie Knapp has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Sarah Leslie Knapp
DC Office of the Attorney General
441 4th Street NW, 6FL South
Washington, DC 20001